THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAX PINCUS, JOHN J. WILLIAMS and IRVING EPSTEIN, Appellants, v. WILLIAM A. ADAMS, as Warden of Tombs Prison, or Any Person Having Custody of Said MAX PINCUS, JOHN J. WILLIAMS and IRVING EPSTEIN, Respondent.— Order modified by reducing the amount of bail of the relators to $15,000 each on the second indictment of October 30, 1936, which sum is in addition to the $10,000 bail each on the first indictment of October 20, 1936; and as so modified affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.; Martin, P. J., and Cohn, J., dissent and vote for affirmance.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILLIP GROSSEL, Appellant, v. THE WARDEN OF THE CITY PRISON, 101 CENTRE STREET, NEW YORK COUNTY, CITY AND STATE OF NEW YORK, His Agents, Servants or Employees or Whosoever Has Custody of PHILLIP GROSSEL, Respondent.— Appeal unanimously dismissed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL N. COULCHER, Alias P. COULCHER DELTON, CHARLES B. BAUM and ALADAR RETEK, Appellants, v. WILLIAM A. ADAMS, as Warden of Tombs Prison, Respondent.— Order modified by reducing the amount of bail of the relators Baum and Retek to $15,000 each on the second indictment of October 30, 1936, which sum is in addition to the $10,000 bail each on the first indictment of October 20, 1936; and as so modified affirmed as to said appellants. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.; Martin, P. J., and Cohn, J., dissent and vote for affirmance. Appeal from said order by the relator Paul N. Coulcher, alias P. Coulcher Delton, unanimously dismissed. No opinion.

HELEN PARKER GOODEVE, Respondent, v. CHARLES WALLACE GOODEVE, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of Supplementary Proceedings: LOUIS LIEBMAN and HYMAN B. GABBE, Judgment Creditors, Respondents, v. SANIAL A. MOST, Also Known as STANLEY MOST, Also Known as SAMUEL A. MOST, and RUDOLPH HOLSTEIN, Judgment Debtors. BANKERS TRUST COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Cohn, JJ.

In the Matter of the General Assignment for Benefit of Creditors, LINCOLN CHAIR & NOVELTY CO., INC., to SAMUEL GREENBERG, Assignee-Respondent, v. UNITED STATES OF AMERICA, Claimant-Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondent, The People of the State of New York. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

P. WALKER MORRISON and Others, Respondents, v. CELA REALTY CO., INC., and Others, Defendants. CITY ASSOCIATES IMPROVEMENT COMPANY, INC., and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.